*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Fredrick W Mills<br>  Debtor(s) | )<br>) | Case No. 23–13927–pmm<br>Chapter 7 |
| | ) | |
| Robert W. Seitzer<br>Plaintiff | )<br>) | |
| | ) | Adversary No. 24–00062–pmm |
| v. | )<br>) | |
| Justin Mills<br>Defendant | )<br>) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before May 20, 2024, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before May 23, 2024.

    Address of the clerk                                    Eastern District of Pennsylvania
                                                                                 900 Market Street
                                                                                   Suite 400
                                                                                   Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney                     ROBERT W. SEITZER
                                                                                        Karalis PC
                                                                                                               1900 Spruce Street
                                                                                                               Philadelphia, PA 19103

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                                                For The Court

                                                                                                                 Timothy B. McGrath
                                                                                                                 Clerk of Court

Date: April 18, 2024